No. 77–1837. AVANT, INC. *v.* POLAROID CORP. C. A. 1st Cir. Certiorari denied.

No. 77–1840. MURPHY *v.* SMITH, AKA DAVENPORT, ADMINISTRATRIX. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 77–1841. TORO *v.* MALCOLM, CORRECTIONS COMMISSIONER, ET AL. Ct. App. N. Y. Certiorari denied.

No. 77–1843. HOLSHOUSER ET AL. *v.* BOLDING ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–1847. BANGOR & AROOSTOOK RAILROAD CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–1850. GRACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1851. VERDONCK *v.* FREEDING, DBA FREEDING DISPOSAL, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1852. OSBORN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1853. MAY DEPARTMENT STORES CO. *v.* VETERANS' ADMINISTRATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–1855. BAILEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1856. WOODFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1858. BEAVER ET AL. *v.* ALANIZ ET AL. C. A. 9th Cir. Certiorari denied.